874

No. 314. WHITWORTH ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Spaulding Glass* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Hilbert P. Zarky* for respondent.

No. 316. CIFOLO ET AL. v. GENERAL ELECTRIC Co. Court of Appeals of New York. Certiorari denied. *David Scribner, Arthur Kinoy* and *Frank J. Donner* for petitioners. *Phil E. Gilbert, Jr.* and *Harold A. Segall* for respondent.

No. 317. GOEPP, ADMINISTRATRIX, v. AMERICAN OVERSEAS AIRLINES, INC. Court of Appeals of New York. Certiorari denied. *H. G. Pickering* for petitioner. *William J. Junkerman* for respondent.

No. 321. BRADLEY MINING Co. v. BOICE. C. A. 9th Cir. Certiorari denied. *John Parks Davis, Oscar W. Worthwine* and *Arthur B. Dunne* for petitioner. · *William H. Langroise* for respondent.

No. 324. J. & L. SNOUFFER, INC. v. ADAMS ET AL. C. A. 6th Cir. Certiorari denied. *Matthew L. Bigger* for petitioner. *William S. Evatt* and *Robert L. Barton* for respondents.

No. 327. JOHNSON v. JOHNSON. Court of Appeals of Maryland. Certiorari denied. *Karl F. Steinmann* for petitioner. *Wilfred T. McQuaid* for respondent.